

# KozloffStoudt
## Attorneys

June 6, 2013

Sender's Email:
jelliott@kozloffstoudt.com

<u>*Via Electronic Mail*</u>
The Honorable Martin C. Carlson
Federal Building & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17108

        Re:    US Middle District Court Mediation
                   White v. Pennsylvania State University
                   Civil Docket No. 4:13-cv-00270-MWB-MCC
                   <u>Our File No. 207316-002</u>

Dear Judge Carlson,

I'm pleased to report that mediation has been successful in the above matter; the parties have met in mediation on May 28, 2013, followed an aggressive and cooperative protocol of telephonic communication following the mediation session and with the mediator through today's date, and have been able to resolve this matter. The lawyers have agreed to terms, and will be working the details of the release and closure of the case between themselves. The Local Rule 41.1 dismissal order should issue.

Mediation of this matter has been successful and my mediator duties are concluded. Thank you for the opportunity to be a part of this important process.

                        Very truly yours,

                        KOZLOFF STOUDT
                        Professional Corporation

                        Jeffrey R. Elliott

JRE:kmk
cc:    Joseph A. Barrett, Esquire
       Lori K. Serratelli, Esquire
       James M. Horne, Esquire