IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE WHITE, | Case No. 4:13-cv-270 |
| Plaintiff, | |
| vs. | Judge Matthew W. Brann |
| PENNSYLVANIA STATE UNIVERSITY, | Complaint filed: 02/05/13 |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the parties hereto that any and all claims in the above-entitled action are hereby dismissed with prejudice. Each party shall be its own costs.

Serratelli, Schiffman & Brown, P.C.

By: /s/ Lori K. Serratelli
Lori K. Serratelli, Esquire
2080 Linglestown Road
Suite 201
Harrisburg, PA 17110
(717) 540-9170
lserratelli@ssbc-law.com
Attorneys for Plaintiff

McQuaide Blasko, Inc.

By: /s/ James M. Horne
James M. Horne, Esquire
811 University Drive
State College, PA 16801
(814) 238-4926
jmhorne@mqblaw.com
Attorneys for Defendant